|   |   |
|---|---|
| 1 |   |
| 2 |   |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Bruce Allison Gamble, | ) No. CV 05-2036-PHX-EHC |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Joe Arpaio, | ) |
| Defendant. | ) |

On February 9, 2006, Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation [dkt. 8], recommending the dismissal of this case without prejudice. Plaintiff has not filed an Objection or otherwise responded.

Plaintiff has not served Defendant Arpaio, notwithstanding the Court's Order [dkt. 4] of November 9, 2005 directing service. On December 16, 2005, Magistrate Judge Anderson ordered Plaintiff to show cause by January 5, 2006 why this case should not dismissed [dkt. 6]; Plaintiff has not responded.

The show cause order [dkt. 6] was returned to the Court as undeliverable. Research by the Clerk of Court discovered an address for a Bruce Gamble in a Federal Correctional Instutition in Littleton, CO and the show cause order was sent to that address. [Dkt. 7]. On February 21, 2006, Bruce Lee Gamble in custody in Littleton, CO wrote a letter to the Court advising that he is not the Bruce Allison Gamble who filed this suit.

1     Accordingly,

2     **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is
3 adopted in full. [Dkt. 8].

4     **IT IS FURTHER ORDERED** that Plaintiff's Complaint [Dkt. 1] is **DISMISSED**
5 without prejudice.

6     DATED this 4th day of April, 2006.

*/s/ Earl H. Carroll*
Earl H. Carroll
United States District Judge

- 2 -